AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

MICHAEL BELMONTE, JR.,

    Plaintiff,

    v.

C/O PERRY, MAGGIE MILLER-STOUT and
C. FITZPATRICK,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-193-TOR

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Defendants' Motion to Dismiss, ECF No. 19, is GRANTED without prejudice.  Defendants' Motion to Stay Discovery is DENIED as moot.  Plaintiff's in forma pauperis status is REVOKED.  File closed.

| | |
|---|---|
| January 14, 2013 | SEAN F. McAVOY |
| *Date* | *Clerk* |
| | s/ Cheryl Switzer |
| | *(By) Deputy Clerk* |
| | Cheryl Switzer |